# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tucker, Petrese B. | PA-Eastern District | 6/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 9613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1751 | Reviewing Officer_____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. Executor | Estate, |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

RECEIVED
2010 JUN 17 A 9:20
FINANCIAL DISCLOSURE OFFICE

Tucker, Petrese B.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | PA SERS State Employee Retirement System | $27,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. 2009 | Vernon Chestnutt, Esq. - Referrals and purchase of law practice |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit of the Virginias | Mortgage on land | J |
| 2. American Express | Credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 2. Merrill Lynch Retirement Reserves - money market accts (Y) | | | | | | | | | |
| 3. Land Halifax County, VA | | None | L | W | | | | | |
| 4. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 5. 3M Company | | None | J | U | Sold (part) | 02/09/09 | J | | |
| 6. | | | | | Buy (add'l) | 12/11/09 | J | | |
| 7. | | | | | Buy (add'l) | 12/14/09 | J | | |
| 8. ABB LTD SPON ADR | | None | | | Buy | 03/13/09 | J | | |
| 9. | | | | | Sold | 05/13/09 | J | A | |
| 10. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | | None | J | U | | | | | |
| 11. Abbott Labs | | None | J | T | Buy (add'l) | 05/08/09 | J | | |
| 12. | | | | | Sold (part) | 06/08/09 | J | | |
| 13. ACCENTURE PLC SHS | | None | J | T | Buy | 05/07/09 | J | | |
| 14. ADOBE SYSTEMS | | None | J | T | Buy (add'l) | 05/07/09 | J | | |
| 15. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 16. | | | | | Sold (part) | 01/14/09 | J | | |
| 17. | | | | | Sold (part) | 01/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   AES CORP | | None | J | T | Buy | 09/14/09 | J | | |
| 19.   AETNA INC NEW | | None | J | T | Buy (add'l) | 01/09/09 | J | . | |
| 20. | | | | | Buy (add'l) | 01/28/09 | J | | |
| 21. | | | | | Sold (part) | 07/20/09 | J | | |
| 22. | | | | | Sold (part) | 08/31/09 | J | | |
| 23. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 24. | | | | | Sold (part) | 11/02/09 | J | | |
| 25.   ALCATEL LUCENT SPD ADR (X) | | None | J | T | | | | | |
| 26.   ALCOA INC | | None | | | Sold (part) | 01/23/09 | J | | |
| 27. | | | | | Sold | 02/02/09 | J | | |
| 28.   ALLERGAN INC | | None | J | T | Buy | 11/02/09 | J | | |
| 29. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 30.   ALLIANZ SE SPD ADR | | None | | | Buy | 03/20/09 | J | | |
| 31. | | | | | Sold | 11/12/09 | J | | |
| 32.   Allstate Corp Del | | None | J | T | Buy (add'l) | 11/18/09 | J | | |
| 33.   ALTERA CORP | | None | | | Sold | 02/17/09 | J | | |
| 34.   Altria Group | A | Dividend | J | T | Sold (part) | 01/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALUMINA LTD SP ADR (X) | | None | J | T | | | | | |
| 36. AMAZON COM INC COM | | None | J | T | Buy | 12/12/09 | J | | |
| 37. AMER EXPRESS COMP | | None | J | T | Buy | 07/20/09 | J | | |
| 38. AMEREN CORP | | None | J | T | | | | | |
| 39. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | | None | J | T | | | | | |
| 40. AMERICAN TOWER CORP | | None | | | Sold (part) | 05/07/09 | J | | |
| 41. | | | | | Sold (part) | 09/24/09 | J | | |
| 42. | | | | | Sold | 09/25/09 | J | | |
| 43. AMERISOURCEBERGEN CORP | | None | J | T | | | | | |
| 44. AMGEN INC COM PV $.0001 | | None | J | T | Buy (add'l) | 06/29/09 | J | | |
| 45. | | | | | Sold (part) | 11/25/09 | J | | |
| 46. | | | | | Buy (add'l) | 01/02/09 | J | | |
| 47. | | | | | Buy (add'l) | 01/29/09 | J | | |
| 48. ANADARKO PETE CORP | | None | | | Buy | 07/06/09 | J | | |
| 49. | | | | | Sold | 11/09/09 | J | B | |
| 50. ANALOG DEVICES INC COM | | None | J | T | Buy | 08/25/09 | J | | |
| 51. ANGLOGOLD ASHANTI LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ANNALY CAP MGMT INC | A | Dividend | J | T | Buy (add'l) | 04/29/09 | J | | |
| 53. AON CORP COM | | None | J | T | | | | | |
| 54. APACHE CORP | | None | J | T | Sold (part) | 03/02/09 | J | | |
| 55. APOLLO GROUP INC CL A | | None | | | Buy | 05/14/09 | J | | |
| 56. | | | | | Sold | 06/02/09 | J | | |
| 57. Apple Computer | | None | J | T | Buy (add'l) | 02/05/09 | J | | |
| 58. ARCHER DANIELS MIDLD | | None | J | T | Buy | 02/10/09 | J | | |
| 59. | | | | | Buy (add'l) | 03/16/09 | J | | |
| 60. ASML HLDG NV NEW YORK | | None | | | Buy | 08/07/09 | J | | |
| 61. | | | | | Sold | 10/26/09 | J | A | |
| 62. ASTRAZENECA PLC BONDS | | None | J | T | | | | | |
| 63. AT&T | A | Dividend | J | T | | | | | |
| 64. AUTOZONE INC NEVADA COM | | None | | | Sold | 09/01/09 | J | A | |
| 65. BAE SYSTEMS (Y) | | | | | | | | | |
| 66. BANCO B VIZ ARGT SA ADR | | None | J | T | Buy | 09/30/09 | J | | |
| 67. BANCO SANTANDER | | None | | | Sold | 01/20/09 | J | | |
| 68. Bank of America Corp | | None | | | Sold (part) | 01/26/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/02/09 | J | | |
| 70. | | | | | Sold | 02/09/09 | J | | |
| 71. BANK OF AMERICA CORPORATE BONDS | | None | J | T | | | | | |
| 72. BARD C R INC | | None | | | Sold | 05/08/09 | J | | |
| 73. BARRICK GOLD CORPORATION | | None | J | T | | | | | |
| 74. BAXTER INTERNATIONAL | | None | J | T | Buy (add'l) | 05/08/09 | J | | |
| 75. | | | | | Sold (part) | 06/02/09 | J | | |
| 76. BECTON DICKINSON CO | | None | J | T | Buy (add'l) | 01/15/09 | J | | |
| 77. | | | | | Sold (part) | 05/12/09 | J | | |
| 78. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 79. BEST BUY CO | | None | J | T | Buy | 07/20/09 | J | | |
| 80. BHP BILLITON LTD ADR | | None | J | T | Buy | 02/09/09 | J | | |
| 81. | | | | | Sold (part) | 04/09/09 | J | | |
| 82. | | | | | Buy (add'l) | 07/21/09 | J | | |
| 83. | | | | | Sold (part) | 10/28/09 | J | A | |
| 84. BIG LOTS INC COM | | None | | | Sold | 03/12/09 | J | | |
| 85. BIOGEN IDEC | | None | | | Sold | 11/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BLACK AND DECKER CRP COM | | None | | | Sold | 05/15/09 | J | | |
| 87. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | | | | | |
| 88. BLACKROCK BOND ALLOC TARGET SHS SERIES M | B | Dividend | K | T | Buy (add'l) | 05/21/09 | J | | |
| 89. BLOCK H&R, INC | | None | | | Buy | 04/02/09 | J | | |
| 90. | | | | | Sold | 10/05/09 | J | | |
| 91. BMC SOFTWARE INC | | None | J | T | Sold (part) | 09/14/09 | J | A | |
| 92. BOEING CO - GLOBAL BONDS | | None | J | T | | | | | |
| 93. BOEING COMPANY | | None | J | T | Buy (add'l) | 06/01/09 | J | | |
| 94. | | | | | Sold (part) | 07/06/09 | J | | |
| 95. | | | | | Sold (part) | 10/29/09 | J | | |
| 96. | | | | | Buy (add'l) | 02/04/09 | J | | |
| 97. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 98. BP PLC | | None | J | T | | | | | |
| 99. BRISTOL MYER SQUIBB | | None | | | Buy | 11/20/09 | J | | |
| 100. | | | | | Buy (add'l) | 02/26/09 | J | | |
| 101. | | | | | Sold (part) | 07/20/09 | J | A | |
| 102. | | | | | Sold | 07/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BROADCOM CORP | | None | J | T | Buy | 05/28/09 | J | | |
| 104. | | | | | Sold (part) | 10/12/09 | J | A | |
| 105. CA Inc | | None | J | T | Buy (add'l) | 03/04/09 | J | | |
| 106. | | | | | Sold (part) | 05/28/09 | J | A | |
| 107. | | | | | Buy (add'l) | 08/31/09 | J | | |
| 108. | | | | | Sold (part) | 01/02/09 | J | | |
| 109. CANADIAN NATL RAILWAY CO | | None | | | Buy | 04/06/09 | J | | |
| 110. | | | | | Sold | 05/13/09 | J | | |
| 111. CANADIAN NATURAL RES | | None | J | T | | | | | |
| 112. Canon Inc ADR Rep5Sh | | None | J | T | | | | | |
| 113. CARDINAL HEALTH INC OHIO | | None | | | Buy | 02/25/09 | J | | |
| 114. | | | | | Sold | 08/31/09 | J | A | |
| 115. CARREFOUR SA SHS | | None | J | T | Buy | 10/12/09 | J | | |
| 116. Caterpillar Inc stock | | None | J | T | Buy (add'l) | 07/24/09 | J | | |
| 117. | | | | | Sold (part) | 05/29/09 | J | | |
| 118. CBS Corp New | | None | J | T | Sold (part) | 03/18/09 | J | | |
| 119. CELGENE CORP | | None | | | Buy | 05/27/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/20/09 | J | A | |
| 121. | | | | | Sold | 09/18/09 | J | A | |
| 122. CENTURYTEL INC | | None | J | T | Buy | 02/26/09 | J | | |
| 123. CHESAPEAKE ENERGY OKLA | | None | J | T | Buy | 11/17/09 | J | | |
| 124. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 125. CHICAGO MERCANTILE EXCHANGE | | None | | | Buy | 05/29/09 | J | | |
| 126. | | | | | Sold | 07/22/09 | J | | |
| 127. CHUBB CORP | A | Distribution | J | T | Sold (part) | 05/07/09 | J | | |
| 128. | | | | | Sold (part) | 10/05/09 | J | | |
| 129. Cisco Systems Inc. | | None | J | T | Buy (add'l) | 04/09/09 | J | | |
| 130. | | | | | Sold (part) | 06/29/09 | J | | |
| 131. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 132. CISCO SYSTEMS INC - BONDS | | None | J | T | Buy | 06/25/09 | J | | |
| 133. CITIGROUP INC | | None | J | T | Buy | 12/17/09 | J | | |
| 134. CITIGROUP INC - SUB NOTES | | None | J | T | | | | | |
| 135. CITRIX SYSTEMS | | None | J | T | Buy | 10/09/09 | J | | |
| 136. CMA MONEY FUND | | None | K | T | Open | 05/05/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CMS ENERGY CORP | | None | J | T | Buy | 06/01/09 | J | | |
| 138. | | | | | Buy (add'l) | 06/08/09 | J | | |
| 139. CNOOC LTD ADR | | None | | | Buy | 04/16/09 | J | | |
| 140. | | | | | Sold | 06/29/09 | J | A | |
| 141. Coca Cola Com | | None | J | T | Sold (part) | 05/07/09 | J | | |
| 142. | | | | | Sold (part) | 07/24/09 | J | | |
| 143. Colgate Palmolive | | None | | | Sold (part) | 06/25/09 | J | A | |
| 144. | | | | | Sold | 07/20/09 | J | A | |
| 145. COLUMBIA VALUE & RESTRUCTURING FUND CL Z | | None | J | T | | | | | |
| 146. COMCAST CORP - BONDS | | None | J | T | | | | | |
| 147. Comcast Corp New Cl A | | None | J | T | | | | | |
| 148. Computer Science Crp | | None | J | T | | | | | |
| 149. Conoco Phillips | A | Dividend | J | T | Sold (part) | 05/26/09 | J | | |
| 150. | | | | | Buy (add'l) | 11/19/09 | J | | |
| 151. CORNING INC | | None | J | T | Buy | 12/16/09 | J | | |
| 152. COSTCO WHOLESALE CRP DEL | | None | | | Sold | 04/20/09 | J | | |
| 153. COVIDIEN PLC SHS (FORMERLY COVIDIEN LTD) | | None | | | Sold (part) | 04/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/14/09 | J | | |
| 155. | | | | | Sold (part) | 07/22/09 | J | | |
| 156. | | | | | Sold | 07/23/09 | J | | |
| 157. CUMMINS INC | | None | J | T | Buy | 04/27/09 | J | | |
| 158. | | | | | Buy (add'l) | 07/21/09 | J | | |
| 159. CURRENCY SHARES EURO TR | | None | J | T | | | | | |
| 160. CVS CAREMARK CORP | | None | J | T | Buy | 05/07/09 | J | | |
| 161. | | | | | Buy (add'l) | 07/24/09 | J | | |
| 162. | | | | | Sold (part) | 11/11/09 | J | | |
| 163. DAI NIPPON PRTG (Y) | | | | | | | | | |
| 164. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | | | | | |
| 165. DANAHER CORP DEL | | None | J | T | Sold (part) | 07/20/09 | J | | |
| 166. DARDEN RESTAURANT INC | | None | | | Buy | 06/22/09 | J | | |
| 167. | | | | | Sold | 08/31/09 | J | | |
| 168. DEERE CO | | None | | | Buy (add'l) | 05/07/09 | J | | |
| 169. | | | | | Sold | 10/28/09 | J | | |
| 170. Diageo PLC SPSD ADR | | None | | | Sold | 03/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  DIAMOND OFFSHORE DRLNG | A | Dividend | J | T | Buy (add'l) | 07/30/09 | J | | |
| 172. | | | | | Buy (add'l) | 01/15/09 | J | | |
| 173.  DIRECT GROUP HLDNGS CLA | | None | J | T | Buy | 09/21/09 | J | | |
| 174.  DOW CHEMICAL CO | | None | | | Buy (add'l) | 01/15/09 | J | | |
| 175. | | | | | Sold (part) | 02/05/09 | J | | |
| 176. | | | | | Sold (part) | 02/20/09 | J | | |
| 177. | | | | | Sold | 03/05/09 | J | | |
| 178.  DWS DREMAN HIGH (Y) | | | | | | | | | |
| 179.  E M C CORPORATION MAS | | None | J | T | Sold (part) | 07/28/09 | J | | |
| 180. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 181. | | | | | Buy (add'l) | 06/03/09 | J | | |
| 182.  E ON AG | | None | | | Sold (part) | 03/23/09 | J | | |
| 183. | | | | | Sold | 07/23/09 | J | | |
| 184.  EASTON VANCE LARGE CAP | | None | J | T | Buy | 04/03/09 | J | | |
| 185.  EBAY INC | | None | J | T | Buy | 11/12/09 | J | | |
| 186.  EDISON INTL CALIF | | None | J | T | Buy | 03/09/09 | J | | |
| 187.  EMERSON ELECTRIC | | None | J | T | Buy | 04/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 08/04/09 | J | A | |
| 189. | | | | | Buy (add'l) | 09/10/09 | J | | |
| 190. EMCANA CORP | | None | | | Sold | 11/17/09 | J | | |
| 191. ENI S P A Sponsored ADR | | None | | | Sold | 09/18/09 | J | | |
| 192. ENSCO INTL LTD SPNSR ADR (FORMERLY ENSCO INTL INC COM) | | None | J | T | Sold (part) | 04/20/09 | J | | |
| 193. ESPRIT HOLDINGS LTDADR | | None | J | T | Buy | 05/04/09 | J | | |
| 194. EXELON CORPORATIONS | | None | | | Sold | 05/07/09 | J | | |
| 195. EXELON CORP BONDS 4.9% 6/15/2015 | | None | J | T | | | | | |
| 196. EXPEDIA INC DEL (X) | | None | | | Sold | 01/21/09 | J | | |
| 197. Express Scripts Inc Com | | None | | | Sold | 08/04/09 | J | A | |
| 198. Exxon Mobil | A | Dividend | J | T | Sold (part) | 04/13/09 | J | | |
| 199. | | | | | Sold (part) | 05/11/09 | J | | |
| 200. | | | | | Sold (part) | 08/17/09 | J | | |
| 201. | | | | | Sold (part) | 08/18/09 | J | | |
| 202. FAMILY DOLLAR STORES | A | Dividend | | | Buy | 05/11/09 | J | | |
| 203. | | | | | Sold (part) | 07/06/09 | J | | |
| 204. | | | | | Sold | 10/26/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. FED NAT'L MORTGAGE ASSOC -7.125% 6/15/2010 | A | Interest | J | T | | | | | |
| 206. FED HOME LN MTG CORP-5.125% 7/15/2015 | A | Interest | | | Redeemed | 01/15/09 | J | | |
| 207. FED HOME LN MTG CORP-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 208. FED HOME LN MTG CORP-4.875% 11/15/013 | | None | J | T | | | | | |
| 209. FED HOME LN MTG CORP-5.125% 7/15/2012 | | None | J | T | | | | | |
| 210. FED NAT'L MTG ASSOC-5% 5/11/17 | A | Interest | | | Redeemed | 06/25/09 | J | A | |
| 211. FED NAT'L MTG ASSOC-4.75% 12/15/2010 | A | Interest | K | T | Buy (add'l) | 01/15/09 | J | | |
| 212. | | | | | Redeemed (part) | 05/12/09 | J | | |
| 213. FED NAT'L MTG ASSOC-4.75% 12/15/2010 | A | Interest | | | Redeemed | 06/15/09 | J | | |
| 214. FED NAT'L MTG ASSOC-5.375% 7/15/2016 | | None | | | Redeemed | 06/03/09 | J | A | |
| 215. FED NAT'L MTG ASSOC-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 216. FHLMC G1 05 50% 2021 | A | Interest | J | T | | | | | |
| 217. FHLMC GO 343205 50% 2037 | A | Interest | J | T | | | | | |
| 218. FIDELITY ADVISOR NEW | | None | | | Sold | 04/03/09 | J | | |
| 219. FLOWSERVE CORP | | None | J | T | Buy | 09/08/09 | J | | |
| 220. FMC TECHS INC | | None | J | T | Buy | 11/09/09 | J | | |
| 221. | | | | | Buy (add'l) | 11/10/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. FNMA P190391 6% 2038 | B | Interest | K | T | | | | | |
| 223. FNMA P725690 6% 2034 | A | Interest | J | T | Redeemed (part) | 09/17/09 | J | A | |
| 224. FNMA P735580 5% 2035 | A | Interest | J | T | | | | | |
| 225. FNMA P745275 5% 2036 | | None | J | T | Buy | 07/15/09 | J | | |
| 226. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 227. FNMA P745944 5% 2033 | A | Interest | J | T | Redeemed (part) | 06/19/09 | J | A | |
| 228. FNMA P745946 5% 2036 | A | Interest | J | T | | | | | |
| 229. FNMA P888129 5.5% 2037 | A | Interest | J | T | Redeemed (part) | 03/19/09 | J | A | |
| 230. FNMA P889579 6% 2038 | A | Interest | J | T | Buy (add'l) | 09/14/09 | J | | |
| 231. | | | | | Redeemed (part) | 09/30/09 | J | A | |
| 232. FNMA P889982 5% 2038 | | None | | | Buy | 07/15/09 | J | | |
| 233. | | | | | Redeemed | 09/30/09 | J | A | |
| 234. FNMA P910332 5% 2037 | A | Interest | | | Redeemed | 09/25/09 | J | A | |
| 235. FNMA P912872 5.5% 2037 | A | Interest | | | Redeemed | 09/24/09 | J | A | |
| 236. FNMA P916493 5% 2037 | A | Interest | | | Redeemed | 09/25/09 | J | A | |
| 237. FNMA P934643 5% 2038 | A | Interest | J | T | Buy | 02/25/09 | J | | |
| 238. FNMA P967524 6% | | None | | | Redeemed | 08/17/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. FNMA P983629 04 50% 2023 | | None | J | T | Buy | 06/19/09 | J | | |
| 240. FNMA P988580 6% 2038 | A | Interest | J | T | | | | | |
| 241. FOREST LAB INC | | None | J | T | Buy | 05/08/09 | J | | |
| 242. FPL Group Inc | | None | | | Sold | 04/14/09 | J | | |
| 243. FREEPRT-MCMRAN CPR & GLD | | None | J | T | Buy | 05/05/09 | J | | |
| 244. | | | | | Sold (part) | 07/07/09 | J | B | |
| 245. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 246. | | | | | Buy (add'l) | 07/22/09 | J | | |
| 247. FUJIFIM HLDGS CORP ADR | | None | J | T | | | | | |
| 248. GAP INC DELAWARE | | None | J | T | | | | | |
| 249. GDF SUEZ ADR | | None | | | Sold | 08/06/09 | J | | |
| 250. GENENTECH INC | | None | | | Sold | 03/13/09 | J | A | |
| 251. GENERAL ELECTRIC CAP CORP SENIOR BONDS 5.25% 10/19/2012 | A | Interest | J | T | | | | | |
| 252. GENERAL ELECTRIC | | None | J | T | Sold (part) | 04/28/09 | J | | |
| 253. GENERAL MILLS | | None | | | Buy | 03/30/09 | J | | |
| 254. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 255. | | | | | Sold | 07/20/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. GENWORTH FINANCIAL INC COM CL A | | None | J | T | Buy | 05/05/09 | J | | |
| 257. GENZYME CORP | | None | | | Sold | 05/07/09 | J | | |
| 258. Gilead Sciences Inc Com | | None | J | T | Buy (add'l) | 04/07/09 | J | | |
| 259. | | | | | Sold (part) | 02/05/09 | J | A | |
| 260. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 261. | | | | | Sold (part) | 08/21/09 | J | A | |
| 262. GLAXOSMITHKLINE CAPITAL-5.65% 5/15/2018 | | None | J | T | | | | | |
| 263. GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 264. GOLD FIELDS SP ADR NEW (X) | | None | J | T | | | | | |
| 265. GOLDMAN SACHS GROUP INC | | None | J | T | Buy | 03/13/09 | J | | |
| 266. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 267. | | | | | Sold (part) | 11/02/09 | J | B | |
| 268. | | | | | Buy (add'l) | 10/13/09 | J | | |
| 269. GOLDMAN SACHS GROUP INC - NOTES | | None | J | T | | | | | |
| 270. GOOGLE INC | | None | J | T | Buy (add'l) | 02/12/09 | J | | |
| 271. GROUPE DANONE (X) | | None | | | Sold | 03/20/09 | J | | |
| 272. Halliburton Company | | None | J | T | Sold (part) | 08/03/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  HARBOR INTERNATIONAL (X) | | None | J | T | | | | | |
| 274.  HARRIS STRATEX NETWORK | | None | J | T | Buy | 01/23/09 | J | | |
| 275.  HARTFORD CAPITAL | | None | J | T | Buy | 04/03/09 | J | | |
| 276.  Hartford Financial Services Inc | | None | J | T | Sold (part) | 03/09/09 | J | | |
| 277.  HARTFORD FINL SVCS GRP-6.3% 3/15/2018 SENIOR NOTE | | None | | | Redeemed (part) | 02/26/09 | J | | |
| 278. | | | | | Redeemed (part) | 03/03/09 | J | | |
| 279. | | | | | Redeemed | 03/06/09 | J | | |
| 280.  HARTFORD GROWTH(X) | | None | | | Sold | 04/03/09 | J | | |
| 281.  HASBRO INC COM | | None | | | Sold | 06/01/09 | J | | |
| 282.  Hess Corp | | None | J | T | Buy (add'l) | 06/01/09 | J | | |
| 283. | | | | | Sold (part) | 06/17/09 | J | | |
| 284.  Hewlett Packard Co | | None | J | T | Sold (part) | 02/25/09 | J | | |
| 285. | | | | | Sold (part) | 05/08/09 | J | | |
| 286. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 287. | | | | | Sold (part) | 07/06/09 | J | | |
| 288. | | | | | Sold (part) | 03/02/09 | J | | |
| 289.  Home Depot Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Honeywell Intl Inc Del | | None | J | T | Buy (add'l) | 09/11/09 | J | | |
| 291. | | | | | Sold (part) | 12/14/09 | J | A | |
| 292. | | | | | Sold (part) | 05/08/09 | J | | |
| 293. HOST HOTELS & RESORT | | None | | | Sold (part) | 01/26/09 | J | | |
| 294. | | | | | Sold | 01/30/09 | J | | |
| 295. HUDSON CITY BANKCORP INC | | None | J | T | Buy | 07/16/09 | J | | |
| 296. IMB CORP 4.47% 11/19/2012 | | None | J | T | | | | | |
| 297. IMPALA PLATINUM SPON ADR (X) | | None | J | T | | | | | |
| 298. INGERSOL-RAND PLC (X) | | None | J | T | | | | | |
| 299. Intel Corp | A | Dividend | J | T | Sold (part) | 08/07/09 | J | | |
| 300. | | | | | Buy (add'l) | 11/16/09 | J | | |
| 301. | | | | | Buy (add'l) | 03/02/09 | J | | |
| 302. | | | | | Sold (part) | 02/25/09 | J | | |
| 303. International Business Machines | A | Dividend | J | T | Sold (part) | 12/16/09 | J | A | |
| 304. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 305. INTL PAPER CO | | None | J | T | Buy | 08/31/09 | J | | |
| 306. | | | | | Buy (add'l) | 09/01/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. IVANHOE MINES LTD (X) | | None | J | T | | | | | |
| 308. JANUS FORTY FD CL A (FORMERLY JANUS ADVISOR FORTY) (Y) | | | | | | | | | |
| 309. JANUS FORTY FD CL I | | None | J | T | Buy | 10/19/09 | J | | |
| 310. JC PENNY | | None | | | Buy | 09/11/09 | J | | . |
| 311. | | | | | Sold (part) | 12/16/09 | J | | |
| 312. | | | | | Sold | 12/17/09 | J | | |
| 313. JENNISON SMALL COMPANY (X) | | None | J | T | | | | | |
| 314. JOHN DEERE CORP - GLOBAL BONDS 7% 3/15/2012 | A | Interest | J | T | | | | | |
| 315. JOHNSON AND JOHNSON | A | Dividend | J | T | Sold (part) | 01/06/09 | J | | |
| 316. | | | | | Sold (part) | 05/27/09 | J | | |
| 317. | | | | | Sold (part) | 07/09/09 | J | | |
| 318. | | | | | Buy (add'l) | 10/28/09 | J | | |
| 319. | | | | | Buy (add'l) | 05/20/09 | J | | |
| 320. JOHNSON CONTROLS | | None | J | T | Buy | 07/21/09 | J | | |
| 321. JOY GLOBAL INC | | None | J | T | Buy | 09/21/09 | J | | |
| 322. JP Morgan Chase & Co | | None | J | T | Buy (add'l) | 03/13/09 | J | | |
| 323. | | | | | Sold (part) | 11/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 07/10/09 | J | | |
| 325. JP MORGAN CHASE BONDS | | None | J | T | | | | | |
| 326. JUNIPER NETWORKS INC | | None | | | Sold | 04/06/09 | J | A | |
| 327. Kimberly Clark | | None | J | T | | | | | |
| 328. KING PHARMACEUTICALS INC | | None | | | Sold | 06/22/09 | J | | |
| 329. KIRIN BREWERY LTD SP ADR | | None | J | T | Sold (part) | 05/22/09 | J | | |
| 330. KOHLS CORP WISC PV 1CT | | None | | | Sold | 05/07/09 | J | A | |
| 331. KOREA ELEC POWER SPN ADR (X) | | None | J | T | | | | | |
| 332. Kraft Foods Inc | | None | J | T | | | | | |
| 333. KROGER CO | | None | J | T | Sold (part) | 06/03/09 | J | | |
| 334. | | | | | Sold (part) | 06/15/09 | J | | |
| 335. | | | | | Sold (part) | 09/28/09 | J | | |
| 336. | | | | | Sold (part) | 02/02/09 | J | | |
| 337. KT CORP ADR (X) | | None | | | Sold | 03/18/09 | J | | |
| 338. L-3 COMMUNICATIONS HOLDING | | None | J | T | Sold (part) | 08/10/09 | J | | |
| 339. LEXMARK INTL INC CL A | | None | | | Sold | 07/22/09 | J | | |
| 340. LINCOLN NTL CORP | | None | | | Sold (part) | 04/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 05/15/09 | J | | |
| 342. LLOYDS TSB GROUP SPD | | None | J | T | Buy | 08/06/09 | J | | |
| 343. Lockheed Martin Corp | | None | J | T | Buy (add'l) | 01/23/09 | J | | |
| 344. | | | | | Sold (part) | 02/09/09 | J | | |
| 345. | | | | | Sold (part) | 07/20/09 | J | | |
| 346. | | | | | Sold (part) | 08/21/09 | J | | |
| 347. Loews Corp (X) | | None | J | T | | | | | |
| 348. LORILLARD INC | | None | J | T | Buy | 08/03/09 | J | | |
| 349. | | | | | Sold (part) | 07/06/09 | J | A | |
| 350. LOWES COMPANIES | | None | J | T | Buy (add'l) | 07/20/09 | J | | |
| 351. MARATHON OIL CORP | | None | J | T | Buy (add'l) | 07/09/09 | J | | |
| 352. MARATHON OIL CORP-6% 10/01/2017 | | None | J | T | | | | | |
| 353. MARSH & MCLENNAN COS INC | | None | | | Sold | 04/23/09 | J | | |
| 354. MASTERCARD INC | | None | J | T | Buy | 06/10/09 | J | | |
| 355. MATTEL INC COM | | None | J | T | | | | | |
| 356. MCGRAW HILL COMP | | None | J | T | Buy | 08/28/09 | J | | |
| 357. MCDONALDS CORP | | None | | | Sold | 03/24/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. MCKESSON CORPORATION COM | | None | | | Sold | 05/19/09 | J | | |
| 359. MEAD JOHNSON NUTRTION CO | | None | J | T | Buy | 12/18/09 | J | | |
| 360. Medco Health Solutions | | None | J | T | | | | | |
| 361. Medtronic Inc. Com | | None | J | T | Sold (part) | 01/06/09 | J | | |
| 362. MERCK AND CO INC (FORMERLY Merck & Co Inc) | | None | J | T | Buy (add'l) | 12/07/09 | J | | |
| 363. Metlife Inc | | None | J | T | Sold (part) | 01/14/09 | J | | |
| 364. | | | | | Buy (add'l) | 05/20/09 | J | | |
| 365. METLIFE INC-SENIOR NOTES | | None | | | Sold | 03/13/09 | J | | |
| 366. MFS RESEARCH BON CL A (X) | | None | | | Sold | 04/03/09 | J | | |
| 367. MFS RESEARCH INTL FUND (X) | | None | | | Sold | 04/03/09 | J | | |
| 368. Microsoft Corp | A | Dividend | K | T | Sold (part) | 03/02/09 | J | | |
| 369. | | | | | Buy (add'l) | 05/20/09 | J | | |
| 370. | | | | | Buy (add'l) | 07/06/09 | J | | |
| 371. | | | | | Sold (part) | 11/04/09 | J | A | |
| 372. MITSUI SUMITOMO INS (X) | | None | J | T | | | | | |
| 373. FIA CARD SRVS NA RASP(FORMERLY ML Bank USA Rasp Money MKT) | A | Dividend | J | T | | | | | |
| 374. MONSANTO CO NEW DEL COM | | None | | | Sold | 10/28/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. MORGAN STANLEY - NOTES | | None | J | T | | | | | |
| 376. MOSIAC CO | | None | J | T | Buy | 06/30/09 | J | | |
| 377. MOTOROLA INC (X) | | None | J | T | | | | | |
| 378. MURPHY OIL CORP | | None | J | T | Buy | 07/20/09 | J | | |
| 379. NABORS INDUSTRIES LTD | | None | J | T | Buy | 11/23/09 | J | | |
| 380. NATIONALOIL WELL VARCO | | None | J | T | Buy | 04/14/09 | J | | |
| 381. | | | | | Buy (add'l) | 07/21/09 | J | | |
| 382. Nestle S A Rep RG ADR (Y) | | | | | | | | | |
| 383. NEW YORK CMNTY BANCORP | | None | J | T | Buy | 01/23/09 | J | | |
| 384. NEWCREST MNG LTD SPN ADR (X) | | None | J | T | | | | | |
| 385. NEWMONT MINING CORP | | None | J | T | | | | | |
| 386. NEWS AMERICA INC 5.3% 12/15/2014 | | None | J | T | | | | | |
| 387. NIPPON TELG&TEL SPDN ADR | | None | J | T | | | | | |
| 388. NM HOUSEHOLD FIN CORP | | None | | | Sold | 06/12/09 | J | | |
| 389. NOBLE ENERGY INC | | None | J | T | | | | | |
| 390. Nokia Corp | | None | J | T | | | | | |
| 391. NORTN TRUST CORP | | None | | | Sold | 09/18/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. NORTHROP GRUMMAN CORP | | None | J | T | Buy | 10/30/09 | J | | |
| 393. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 394. Novartis ADR | | None | | | Sold | 04/21/09 | J | | |
| 395. NOVELLUS SYS INC | | None | | | Sold | 08/13/09 | J | | |
| 396. NRG ENERGY INC (X) | | None | J | T | | | | | |
| 397. Occidental Petroleum Corp | | None | J | T | Buy (add'l) | 01/06/09 | J | | |
| 398. | | | | | Buy (add'l) | 05/20/09 | J | | |
| 399. | | | | | Sold (part) | 12/14/09 | J | A | |
| 400. Oracle Corp | | None | J | T | Sold (part) | 08/07/09 | J | | |
| 401. | | | | | Sold (part) | 0S/07/09 | J | A | |
| 402. PACTIV CORPORATION | | None | J | T | Buy | 07/06/09 | J | | |
| 403. PANASONIC CORP SHS (X) | | None | J | T | | | | | |
| 404. PARKER HANNIFIN CORP | | None | J | T | Buy (add'l) | 09/14/09 | J | | |
| 405. | | | | | Sold (part) | 02/09/09 | J | | |
| 406. PEPSI BOTTLING GROUP INC | | None | | | Sold | 01/02/09 | J | | |
| 407. Pepsico Inc | A | Dividend | J | T | Sold (part) | 05/07/09 | J | | |
| 408. PETRLEO BRAS VTG SPD ADR | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. PETRO CANADA (X) | | None | | | Sold | 01/28/09 | J | | |
| 410. Pfizer Inc Del PV .05 | A | Dividend | J | T | Buy (add'l) | 07/23/09 | J | | |
| 411. | | | | | Sold (part) | 12/07/09 | J | | |
| 412. | | | | | Buy (add'l) | 01/02/09 | J | | |
| 413. | | | | | Sold (part) | 03/21/09 | J | | |
| 414. PFIZER INC-6.2% 3/15/2019 | | None | J | T | Buy | 06/25/09 | J | | |
| 415. PHILIP MORRIS INTL INC | A | Dividend | J | T | Buy (add'l) | 04/13/09 | J | | |
| 416. | | | | | Sold (part) | 05/19/09 | J | | |
| 417. | | | | | Sold (part) | 07/20/09 | J | | |
| 418. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 419. | | | | | Buy (add'l) | 10/26/09 | J | | |
| 420. | | | | | Buy (add'l) | 01/29/09 | J | | |
| 421. PIMCO FIXED INCOME SHS SERIES C INSTL | C | Interest | K | T | | | | | |
| 422. PIMCO FIXED INCOME SHS SERIES M INSTL | C | Interest | K | T | | | | | |
| 423. PITNEY BOWES INC | | None | J | T | | | | | |
| 424. PNC FINANCIAL SERVICES GROUP INC | | None | | | Buy | 01/08/09 | J | | |
| 425. | | | | | Sold (part) | 03/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 02/26/09 | J | | |
| 427. | | | | | Sold (part) | 03/09/09 | J | | |
| 428. | | | | | Sold | 10/14/09 | J | B | |
| 429. POTASH CORP SASKATCHEWAN | | None | J | T | Buy (add'l) | 02/04/09 | J | | |
| 430. | | | | | Sold (part) | 05/07/09 | J | A | ` |
| 431. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 432. | | | | | Buy (add'l) | 07/23/09 | J | | |
| 433. PRAXAIR INC | | None | J | T | Buy | 05/01/09 | J | | |
| 434. Proctor Gamble | A | Dividend | J | T | Sold (part) | 03/24/09 | J | | |
| 435. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 436. | | | | | Buy (add'l) | 06/25/09 | J | | |
| 437. | | | | | Buy (add'l) | 07/08/09 | J | | |
| 438. PROCTOR GAMBLE 0 4.6% 1/15/2014 GLB | | None | J | T | | | | | |
| 439. PROMISE CO LTD (X) | | None | | | Sold | 05/22/09 | J | | |
| 440. PRUDENTIAL PLC (Y) | | | | | | | | | |
| 441. QLOGIC CORP (Y) | | | | | | | | | |
| 442. QUALCOMM INC | | None | | | Buy (add'l) | 01/15/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 03/06/09 | J | | |
| 444. | | | | | Sold (part) | 05/08/09 | J | | |
| 445. | | | | | Sold (part) | 05/13/09 | J | | |
| 446. | | | | | Sold | 10/08/09 | J | A | |
| 447. QUEST DIAGNOSTICS INC | | None | J | T | Buy | 08/03/09 | J | | |
| 448. QWEST COMM INTL INC COM | | None | J | T | Buy (add'l) | 05/26/09 | J | | |
| 449. | | | | | Sold (part) | 11/18/09 | J | | |
| 450. RR DONNELLEY SONS | | None | J | T | | | | | |
| 451. RADIOSHACK CORP | | None | J | T | | | | | |
| 452. RANGE RESOURCES CORP DEL | | None | J | T | | | | | |
| 453. Raytheon Co Delaware New | | None | J | T | Sold (part) | 03/16/09 | J | | |
| 454. | | | | | Buy (add'l) | 11/25/09 | J | | |
| 455. RETIREMENT RESERVES CL I | | None | J | T | | | | | |
| 456. REYNOLDS AMERICAN INC | | None | J | T | Buy (add'l) | 10/05/09 | J | | |
| 457. ROCHE HLDG LTD (Y) | | | | | | | | | |
| 458. ROWAN COMPANIES | | None | J | T | Buy | 08/17/09 | J | | |
| 459. ROYAL DUTCH SHELL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. RYDER SYSTEMS INC | | None | J | T | Buy | 10/12/09 | J | | |
| 461. Sanofi Aventis Spon ADR | | None | J | T | Buy (add'l) | 01/14/09 | J | | |
| 462. SBC COMMUNICATIONS | | None | | | Sold | 09/15/09 | J | A | |
| 463. Schlumberger Ltd | | None | | | Sold | 07/07/09 | J | | |
| 464. SEGA SAMMY HOLDINGS INC (X) | | None | J | T | | | | | |
| 465. SEKISUI HSE LD SPONS ADR (X) | | None | J | T | | | | | |
| 466. SIMON PROPERTIES | | None | | | Sold | 05/12/09 | J | | |
| 467. SK TELECOM (X) | | None | J | T | | | | | |
| 468. SOCIETE GENERAL SPN | | None | J | T | Buy | 11/11/09 | J | | |
| 469. SOUTHWESTERN ENERGY CO | | None | J | T | Buy | 12/21/09 | J | | |
| 470. ST JUDE MEDICAL | | None | J | T | Buy | 02/17/09 | J | | |
| 471. | | | | | Buy (add'l) | 05/12/09 | J | | |
| 472. STAPLES | | None | J | T | Sold (part) | 07/30/09 | J | | |
| 473. STORO ENSO OYJ SPD ADR | | None | J | T | | | | | |
| 474. Sumitomo Mitsu Finl ADR | | None | J | T | | | | | |
| 475. SUNCOR ENERGY INC NEW (X) | | None | J | T | | | | | |
| 476. SWISSCOM AG ADR | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. SYMANTEC CORP | | None | | | Buy (add'l) | 05/07/09 | J | | |
| 478. | | | | | Sold (part) | 02/02/09 | J | | |
| 479. | | | | | Sold (part) | 02/04/09 | J | | |
| 480. | | | | | Sold | 08/05/09 | J | | |
| 481. TARGET CORP | | None | J | T | Buy | 03/13/09 | J | | |
| 482. | | | | | Buy (add'l) | 03/25/09 | J | | |
| 483. | | | | | Sold (part) | 05/29/09 | J | A | |
| 484. | | | | | Buy (add'l) | 10/09/09 | J | | |
| 485. | | | | | Buy (add'l) | 12/07/09 | J | | |
| 486. | | | | | Buy (add'l) | 12/08/09 | J | | |
| 487. TCW TOTAL RETURN | | None | J | T | Buy | 04/03/09 | J | | |
| 488. TDK CORP AMERN DEP SHR (X) | | None | J | T | | | | | |
| 489. TECHNIP SP ADR (X) | | None | J | T | | | | | |
| 490. TELECOM ITALIA SPA ADR (X) | | None | J | T | | | | | |
| 491. TELUS CORP NON VTG SHR (Y) | | | | | | | | | |
| 492. TERADATA CORP DEL | | None | J | T | Buy | 08/10/09 | J | | |
| 493. | | | | | Buy (add'l) | 08/11/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. TESORO CORP | | None | J | T | Buy | 05/08/09 | J | | |
| 495. TEVA PHARMACTCL INDS ADR | | None | J | T | Buy | 06/29/09 | J | | |
| 496. TEXTRON INC (X) | | None | | | Sold | 01/21/09 | J | | |
| 497. THORNBURG INTERNATIONAL (X) | | None | J | T | | | | | |
| 498. TIME WARNER INC | | None | J | T | Buy | 05/07/09 | J | | |
| 499. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 500. TJX COS INC NEW | | None | J | T | Buy | 12/14/09 | J | | |
| 501. | | | | | Buy (add'l) | 12/15/09 | J | | |
| 502. TOMKINS PLC SP ADR (X) | | None | | | Sold | 10/02/09 | J | | |
| 503. Total S.A. Sp ADR | | None | J | T | | | | | |
| 504. TRANSOCEAN | | None | | | Buy (add'l) | 05/21/09 | J | | |
| 505. | | | | | Sold | 10/13/09 | J | | |
| 506. TRAVELERS COS INC | | None | J | T | Sold (part) | 09/14/09 | J | | |
| 507. UBS AG | | None | J | T | Buy | 10/21/09 | J | | |
| 508. | | | | | | | | | |
| 509. UNILEVER PLC NEW ADR (Y) | | | | | | | | | |
| 510. UNION PACIFIC CORP (X) | | None | J | T | Buy (add'l) | 04/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 512. UNITED PARCEL SERVICE INC CL B | | None | J | T | Buy | 03/05/09 | J | | |
| 513. UNITED STS STL CORP | | None | J | T | Buy (add'l) | 05/07/09 | J | | |
| 514. | | | | | Buy (add'l) | 06/10/09 | J | | |
| 515. | | | | | Buy (add'l) | 07/20/09 | J | | |
| 516. | | | | | Sold (part) | 09/11/09 | J | A | |
| 517. United Techs Corp Com | | None | J | T | Buy (add'l) | 05/21/09 | J | | |
| 518. UNITEDHEALTH GROUP | | None | J | T | Buy | 03/03/09 | J | | |
| 519. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 520. UNUM GROUP | | None | J | T | Sold (part) | 07/06/09 | J | | |
| 521. | | | | | Sold (part) | 04/13/09 | J | | |
| 522. US TREASURY NOTE-2.875% 1/31/2013 | | None | J | T | | | | | |
| 523. US TREASURY NOTE-3.375% 6/30/2013 | | None | J | T | Buy (add'l) | 11/14/09 | J | | |
| 524. US TREASURY NOTE-4.25% 11/15/2017 | | None | J | T | | | | | |
| 525. US TREASURY NOTES-4.5% 9/30/2011 | | None | J | T | | | | | |
| 526. US TREASURY NOTE-5.125% 6/30/2011 | | None | J | T | | | | | |
| 527. US TREASURY NOTE-1% 7/31/2011 | | None | J | T | Buy | 07/31/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. US TREASURY NOTE-1.875% 2/28/2014 | | None | J | T | Buy | 03/27/09 | J | | |
| 529. US TREASURY NOTE-2.625% 06/30/2014 | | None | J | T | Buy | 07/01/09 | J | | |
| 530. | | | | | Buy (add'l) | 08/28/09 | J | | |
| 531. US TREASURY NOTE-3.125% 5/15/2019 | | None | K | T | Buy | 06/19/09 | J | | |
| 532. | | | | | Buy (add'l) | 08/25/09 | J | | |
| 533. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 534. | | | | | Buy (add'l) | 07/31/09 | J | | |
| 535. US TREASURY NOTE-3.625% 08/15/2019 | | None | J | T | Buy | 09/17/09 | J | | |
| 536. US TREASURY NOTE-3.875% 9/15/2010 | A | Interest | J | T | Buy | 06/03/09 | K | | |
| 537. | | | | | Redeemed (part) | 07/01/09 | J | | |
| 538. US TREASURY NOTE-4% 02/15/2015 | | None | J | T | Buy | 09/09/09 | J | | |
| 539. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 540. US TREASURY NOTE-4.25% 9/30/2012 | | None | K | T | Buy (add'l) | 06/12/09 | J | | |
| 541. | | | | | Buy (add'l) | 09/24/09 | J | | |
| 542. | | | | | Buy (add'l) | 09/25/09 | K | | |
| 543. US TREASURY NOTE-5% 02/15/2011 | | None | J | T | Buy | 09/14/09 | J | | |
| 544. US TREASURY NOTE-2.375% 04/15/2011 | A | Interest | J | T | Buy | 03/27/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

*of filing*

| | | | | | | | | J | |
|---|---|---|---|---|---|---|---|---|---|
| 547. US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | J | T | | | | | |
| 548. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | | None | J | T | | | | | |
| 549. V F CORPORATION | | None | J | T | | | | | |
| 550. Valero Energy Corp New | | None | J | T | Sold (part) | 11/24/09 | J | | |
| 551. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 552. VAN KAMPEN | | None | | | Sold | 04/30/09 | J | | |
| 553. VERIZON COMMUNICATION COM | A | Dividend | J | T | Sold (part) | 06/01/09 | J | A | |
| 554. VERIZON COMMUNICATION-5.5% 02/15/2018 | | None | J | T | Buy | 06/25/09 | J | | |
| 555. Viacom Inc New (X) | | None | J | T | | | | | |
| 556. VISA INC CL A SHRS | | None | J | T | Buy | 04/13/09 | J | | |
| 557. VODAFONE (FORMERLY Vodafone Grp PLC Spn ADR) | | None | J | T | Sold (part) | 09/29/09 | J | | |
| 558. WACHOVIA CORP BOND | | None | J | T | | | | | |
| 559. WALGREEN CO | | None | J | T | Buy | 04/20/09 | J | | |
| 560. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 561. | | | | | Sold (part) | 12/21/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Wal-Mart Stores Inc | A | Dividend | J | T | Sold (part) | 04/09/09 | J | | |
| 563. | | | | | Sold (part) | 07/20/09 | J | | |
| 564. | | | | | Sold (part) | 09/11/09 | J | | |
| 565. WALMART STORES INC 5.8% 2/15/2018 | | None | J | T | | | | | |
| 566. WASTE MANAGEMENT INC NEW | | None | J | T | | | | | |
| 567. WATSON PHARMACEUTICALS | | None | J | T | Buy | 05/18/09 | J | | |
| 568. Wellpoint Inc | | None | J | T | | | J | | |
| 569. WELLS FARGO & CO NEW DEL | | None | J | T | Buy (add'l) | 10/12/09 | J | | |
| 570. | | | | | Buy (add'l) | 11/11/09 | J | | |
| 571. | | | | | Sold (part) | 12/15/09 | J | | |
| 572. | | | | | Buy (add'l) | 05/18/09 | J | | |
| 573. | | | | | Sold (part) | 01/26/09 | J | | |
| 574. | | | | | Buy (add'l) | 02/02/09 | J | | |
| 575. | | | | | Sold (part) | 03/02/09 | J | | |
| 576. | | | | | Sold (part) | 03/17/09 | J | | |
| 577. WHIRLPOOL CORP | | None | | | Sold (part) | 04/21/09 | J | | |
| 578. | | | | | Sold | 04/28/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. WINDSTREAM | | None | J | T | | | | | |
| 580. WYETH | | None | | | Sold (part) | 04/14/09 | J | A | |
| 581. | | | | | Sold (part) | 02/20/09 | J | | |
| 582. | | | | | Sold | 05/04/09 | J | | |
| 583. WYNN RESORTS LTD | | None | J | T | Buy | 09/24/09 | J | | |
| 584. XEROX CORP | | None | J | T | Sold (part) | 05/08/09 | J | | |
| 585. XILINX INC | | None | | | Sold (part) | 02/09/09 | J | | |
| 586. | | | | | Sold | 07/20/09 | J | | |
| 587. XTO ENERGY | | None | | | Sold | 06/29/09 | J | | |
| 588. XTO ENERGY INC-6.25% 8/1/2017 | | None | J | T | | | | | |
| 589. YAHOO INC | | None | J | T | Buy | 08/06/09 | J | | |
| 590. YUM BRANDS INC | | None | | | Buy | 06/12/09 | J | | |
| 591. | | | | | Sold | 09/11/09 | J | | |
| 592. Zurich Finl Svcs Spn ADR | | None | J | T | Sold (part) | 11/18/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 6/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544